# CRIMINAL MINUTES

DATE: ***December 15, 2010***            JUDGE: Messitte

TIME: ***9:35-10:10***                   REPORTER/FTR/CTRM: Marshall (4C)

AUSA: ***Jonathan Su***                  CRD: Peterson

DFT'S ATTY: ***Steven Selzer***          Case Agents: K. Dunn (HUD/OIG) and M. Bank (Secret Service)

UNITED STATES OF AMERICA v. ***JARED FANNING***

[X] Released on Conditions/PR       [ ] Detained/Remanded to USMS

DFDT'S AGE: 31                      DATE OF BIRTH:

CRIMINAL NO. PJM-10-0710            NO. OF COUNTS: ***1***

[X] **Initial Appearance**          [ ] Indictment

[X] ***Arraignment***               [ ] Superseding Indictment

[ ] Rearraignment                   [X] **Information**

[ ] Sentencing                      [ ] Superseding Information

[ ] Sentencing Hearing              [ ] Motions Hearing

[ ] Violation of Probation          [ ] Pretrial Conference

[ ] Violation of Supervised Release [ ] WAIVER **of Indictment**

[ ] Detention Hearing               [ ] Other

[ ] Appeal of Magistrate Judge=s Decision   [ ] See Attached for List of Witnesses

[ ] Defendant arraigned and plead ANOT GUILTY@ as to Count(s)

**Defendant arraigned and plead GUILTY as to Count(s) 1 of the Criminal Information ,**

**NOT GUILTY as to Count(s) --- which was accepted by the Court.**

[ ] Defendant found not to be in violation of supervised release.

**Sentencing Date: set for May 4, 2011 @ 9:30 a.m.**

*Remarks:*

Oral Motion of AUSA in open court to DISMISS Count(s) _____ which was accepted by the Court.

[ ] Defendant advised of Right of Appeal.

[X] **Imposition of Sentence Suspended pending PSI.**

[ ] _____ Days for Motions. Motion to be filed by

[ ] Trial-Bench/Jury _____ day(s). Trial week of

[X] Pretrial Officer Desjardins         Probation Officers: Taberski

[X] **Minute entries docketed.**

# CRIMINAL MINUTES - Page 2

CASE NO.:  ***PJM-10-0710***

| Government Witness(es): | Defendant(s) Witness(es): |
|---|---|
| 1. _____ | 1. _____ |
| 2. _____ | 2. _____ |
| 3. _____ | 3. _____ |
| 4. _____ | 4. _____ |
| 5. _____ | 5. _____ |
| 6. _____ | 6. _____ |
| 7. _____ | 7. _____ |