# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

December 15, 2010

## RECEIPT FOR PASSPORT

Re:   UNITED STATES OF AMERICA vs. JARED FANNING
      Case No.  PJM 10-cr-0710-001

Received this 15th day of December, 2010, from Jared Fanning (defendant), one Passport ending with 3265 issued by the United States of America which is being surrendered to the Court as a special condition of the defendant's release. This Passport is to be held in the registry of the Court until termination of the proceedings, or until further Order of Court.

Felicia C. Cannon, Clerk

By: _____
Katie Nader, Deputy Clerk

Receipt for Passport (Rev. 8/2008)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov