LAW OFFICES

# STEVEN SELZER

MONTGOMERY COUNTY OFFICE
20 COURTHOUSE SQUARE, SUITE 210
ROCKVILLE, MD 20850

319 WEST PATRICK STREET
FREDERICK, MARYLAND 21701
(301) 251-1590   FAX (301) 624-1593
E-mail: selzerlaw@his.com

April 15th, 2011

Mr. John Taberski
U.S. Probation Officer
9200 Edmonston Road, Suite 200
Greenbelt, MD 20770

RE:   Statement Regarding Witnesses at Sentencing
Our Client:   Jared Thomas Fanning
Docket No.:   8:10CR00710-001
Sentencing Date: 05/04/2011
Disclosing Date: 02/24/2011

Dear Mr. Taberski:

The defense anticipates calling Mr. John Fanning, father of the defendant. Mr. Fanning is a Pastor in Pennsylvania. He will speak of his son's background and character, remorse and lessons learned. The sentencing hearing should take approximately thirty (30) minutes.

Respectfully Yours,

Steven Selzer

Cc: Jonathan Su, Assistant U.S. Attorney
    Clerk, U.S. District Court
    Mr. Jared Fanning